IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CR-275-MOC-DCK

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| SHARRIEF MAURICE COREY POPE, | ) |  |
| Defendant. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 46) filed by Luke D. Hyde, concerning Paul D. Petruzzi on October 7, 2020. Paul D. Petruzzi seeks to appear as counsel *pro hac vice* for Defendant Sharrief Maurice Corey Pope. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 46) is **GRANTED**. Paul D. Petruzzi is hereby admitted *pro hac vice* to represent Defendant Sharrief Maurice Corey Pope.

Signed: October 8, 2020

David C. Keesler
United States Magistrate Judge